Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| JUNTA DE PLANIFICACIÓN DE PUERTO RICO<br><br>Parte Recurrida<br><br>v.<br><br>EDISON LLUCH GARCÍA; ALTOS DE LA PARGUERA, INC.; ELYNETTE PÉREZ LARACUENTE<br><br>Parte Recurrente | TA2025RA00030 | *Revisión Judicial de Decisión Administrativa* procedente de la Junta de Planificación de Puerto Rico<br><br>Querella núm.: 2023-SRQ-013008 |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Trigo Ferraiuoli, jueza ponente.

## SENTENCIA

En San Juan, Puerto Rico, a 23 de febrero de 2026.

El 20 de enero de 2026, la parte recurrente, Altos de la Parguera, Inc., el Ingeniero Edison Lluch García y la Sra. Elynette Pérez Laracuente, instaron el recurso de revisión judicial de epígrafe en solicitud de revisión de la *Resolución Final* emitida el 24 de noviembre de 2025 por la parte recurrida, la Junta de Planificación de Puerto Rico.

Así las cosas, el 18 de febrero de 2026, las partes presentaron conjuntamente *Moción de Estipulación entre Partes,* en la que informaron haber alcanzado unos acuerdos que ponen fin a la controversia objeto del recurso de título. Ante ello, solicitaron el desistimiento con perjuicio.

La Regla 83 del Reglamento del Tribunal de Apelaciones, sobre desistimiento y desestimación, en su inciso (A) faculta a la parte promovente de un recurso presentar en cualquier momento un aviso

de desistimiento.[1] En conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, y en consideración a la *Moción de Estipulación entre Partes,* presentada el 17 de febrero de 2026 por las partes, damos por desistido, con perjuicio la *Revisión de Decisión Administrativa* presentada el 20 de enero de 2026; y ordenamos el cierre y archivo del presente caso.

Notifíquese.

Lo acuerda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dicho inciso lee: *"Regla 83 — Desistimiento y desestimación* (A) La parte promovente de un recurso podrá presentar en cualquier momento un aviso de desistimiento"*. Véase la Regla 83 del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, págs. 116, 215 DPR ____ (2025).